939 A.2d 343

**Theodore WELLS and Carole Wells, Petitioners,**

v.

**CENDANT MOBILITY FINANCIAL CORP. and Marc Lieberman and Michelle Lieberman, Respondents.**

Supreme Court of Pennsylvania.

Dec. 28, 2007.

## ORDER

PER CURIAM.

**AND NOW,** this 28th day of December, 2007, the Petition for Allowance of Appeal is **GRANTED.** The Order of the Superior Court is **VACATED** and this matter is **REMAND-ED** to the Superior Court to address Petitioner's first five issues. *See Commonwealth v. Laboy,* 594 Pa. 411, 936 A.2d 1058 (2007)